UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Case No. 2:09-CR-932-JLL-02 |
| VINCENT TABBACHINO | : | <u>CONSENT ORDER</u> |

**THIS MATTER** having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Mark J. McCarren, Assistant U.S. Attorney, appearing) and Defendant, **VINCENT TABBACHINO** (Anthony A. Kress, Esq., appearing) for an Order granting the Defendant, **VINCENT TABBACHINO**, an extension of time within which to surrender himself to the Bureau of Prisons (the Bureau not as yet having designated the institution within which the said Defendant is to serve his sentence) and for good cause being shown;

**IT IS, THEREFORE,** on this 13 day of April, 2012,

**ORDERED** that the Defendant, **VINCENT TABBACHINO**, shall surrender for

1

service of his sentence at the institution designated by the Bureau of Prisons on **Tuesday, April 24, 2012,** at or before **Noon.**

_____
HONORABLE JOSE L. LINARES,
U.S. District Judge

**WE HEREBY CONSENT TO THE FORM
AND ENTRY OF THE WITHIN ORDER.**

PAUL J. FISHMAN,
UNITED STATES ATTORNEY

By: _____
**MARK J. McCARREN,**
Assistant U.S. Attorney

_____
**ANTHONY A. KRESS, ESQ.,**
Attorney for Defendant,
Vincent Tabbachino